# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| WILLIAM CAROL CLARKE <br> *Plaintiff* <br> v. <br> FEDERAL BUREAU OF INVESTIGATION, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:22-cv-00065-RRB <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is dismissed with prejudice.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

                                                            **Brian D. Karth**
Date: July 29, 2022                                                       Brian D. Karth
                                                                                Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*